**UNITED STATES COURT OF INTERNATIONAL TRADE**    **FORM 3**

|  |  |  |
|---|---|---|
| **JA SOLAR VIETNAM COMPANY LIMITED, JA SOLAR PV VIETNAM COMPANY LIMITED, JA SOLAR INTERNATIONAL LIMITED AND JA SOLAR USA INC.,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **SUMMONS** **Court No. 26-00808** |
| **v.** | ) ) | |
| **UNITED STATES,** | ) ) | |
| **Defendant.** | ) ) ) | |

**TO:**    The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

        **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                          **/s/ Gina Justice**
                          Clerk of the Court

---

1. <u>Plaintiffs in this action are JA Solar Vietnam Company Limited, JA Solar PV Vietnam Company Limited and JA Solar International Limited, manufacturers and/or exporters of merchandise potentially subject to the antidumping duty order on crystalline silicon photovoltaic cells, whether or not assembled into modules from the People's Republic of China; and JA Solar USA Inc., a U.S. importer of merchandise potentially subject to the antidumping duty order on crystalline silicon photovoltaic cells, whether or not assembled into modules from the People's Republic of China. Plaintiffs were parties to the proceeding that led to the contested determination and are interested parties pursuant to 19 U.S.C. § 1677(9)(A). Plaintiffs thus have standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).</u>
   (Name and standing of plaintiff)

2. *<u>Plaintiffs contest certain aspects of the final results of the eleventh antidumping administrative review of Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China made by the U.S. Department of Commerce's International Trade Administration. The contested final results were published in the Federal Register as Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final</u>*

Form 3-1

_Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2022-2023_, 90 Fed. Reg. 60,060 (Dep't Commerce Dec. 23, 2025) ("Final Results").
(Brief description of contested determination)

3.   The Final Results were signed on December 15, 2025.
     (Date of determination)

4.   The Final Results were published in the _Federal Register_ on December 23, 2025.
     (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Kristin H. Mowry
Bryan P. Cenko
Yixin (Cleo) Li
Savannah R. Maxwell
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, Suite 810
Washington, DC 20015
202-688-3610
jsg@mowrygrimson.com
_Counsel to Plaintiffs_

Date: January 22, 2026

**SEE REVERSE SIDE**

2

## SERVICE OF SUMMONS BY THE CLERK

   If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

   Attorney-in-Charge
   International Trade Field Office
   Commercial Litigation Branch
   U.S. Department of Justice
   26 Federal Plaza
   New York, NY 10278-0140

   General Counsel
   U.S. Department of Commerce
   14th & Constitution Avenue, NW
   Washington, DC 20230

   Attorney-in-Charge
   Commercial Litigation Branch
   Civil Division
   U.S. Department of Justice
   Civil Division Room, 12124
   1100 L Street, NW
   Mail Stop 5875 HCHB
   Washington, DC 20530

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)