**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **JA SOLAR VIETNAM COMPANY LIMITED, JA SOLAR PV VIETNAM COMPANY LIMITED, JA SOLAR INTERNATIONAL LIMITED AND JA SOLAR USA INC.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES**<br>**Defendant.** | **Before: Hon. Joseph A. Laroski, Jr.**<br>**Court No. 26-00808** |

**UNOPPOSED MOTION TO INTERVENE AS A MATTER OF RIGHT**

Pursuant to Rules 24(a) and (c) of the Rules of the United States Court of International Trade, the American Alliance for Solar Manufacturing ("the Alliance"), by and through its attorneys, respectfully requests that the Court grant this unopposed motion to intervene as a matter of right in the above-captioned action as defendant-intervenor.

Plaintiffs, JA Solar Vietnam Company Limited, JA Solar PV Vietnam Company Limited and JA Solar International Limited,, ("Plaintiffs"), instituted this action pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 158l(c) to contest certain aspects of the final results issued by the Department of Commerce in the December 1, 2022, through November 30, 2023, administrative review of the antidumping duty order on *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the People's Republic of China*. *See* Compl. (Feb. 20, 2026), ECF No. 8 ("Compl."); *Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the People's Republic of China*, 90 Fed. Reg. 60,060 (Dep't

Commerce Dec. 23, 2025) (final results of antidumping duty admin. rev. and final deter. of no shipments; 2022-2023).

The Alliance is an association of domestic producers of crystalline silicon photovoltaic products and participated in the proceeding that is the subject of this appeal. Accordingly, the Alliance is an “interested party” under 19 U.S.C. § 1677(9)(E) and a “party to the proceeding” under 28 U.S.C. § 2631(j)(1)(B), and may intervene in the above-captioned action as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B).

Plaintiff filed a complaint in this action on February 20, 2026. *See* Compl. This motion is being made within thirty days after the date of service of Plaintiff’s complaint and therefore is timely under Rules 24(a) and 6(a) of the Rules of this Court.

As required by Rules 7(b) and (f) of the Rules of this Court, counsel for the Alliance have consulted with the parties to this action concerning this motion. Counsel for Plaintiffs, Bryan Cenko of Mowry & Grimson, PLLC, indicated via email on March 19, 2026 that they take no position on this motion. Counsel for Defendant, Collin Mathias of the U.S. Department of Justice, consented to this motion by email on March 20, 2026.

Therefore, we respectfully request that the Court grant the Alliance's unopposed motion to intervene as a matter of right as defendant-intervenor in the above-captioned action.

Respectfully submitted,

*/s/ Timothy C. Brightbill*

Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Stephanie M. Bell, Esq.
Kimberly A. Reynolds, Esq.
Paul A. Devamithran, Esq.
Stephen A. Morrison, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000

*Counsel to the American Alliance for Solar Manufacturing*

Dated: March 20, 2026

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **JA SOLAR VIETNAM COMPANY LIMITED, JA SOLAR PV VIETNAM COMPANY LIMITED, JA SOLAR INTERNATIONAL LIMITED AND JA SOLAR USA INC.,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES**<br>**Defendant.** | **Before: Hon. Joseph A. Laroski, Jr.**<br>**Court No. 26-00808** |

**ORDER**

Upon consideration of the unopposed motion of the American Alliance for Solar Manufacturing ("the Alliance"), to intervene as a matter of right as defendant-intervenor in the above-captioned action, it is hereby

**ORDERED**, that Coalition's motion to intervene is granted, and it is further

**ORDERED**, that Coalition be entered as defendant-intervenor in the above-captioned action.

________________________________
Judge, U.S. Court of International Trade

Dated: _________________________, 2026
New York, New York