**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE JOSEPH A. LAROSKI, JR.**

| | |
|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,<br><br>Defendant-Intervenor. | Court No. 26-00808 |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion to Amend the Order for Temporary Preliminary Injunction and other papers and proceedings herein, it is hereby:

**ORDERED** that Plaintiffs' Consent Motion to Amend the Order for Temporary Preliminary Injunction is GRANTED; and it is further

**ORDERED** that the Order for Temporary Preliminary Injunction, ECF No. 26, is amended pursuant to the attached Order.

**SO ORDERED**.

__________________________
Joseph A. Laroski, Jr.
Judge

Dated:__________________________
New York, New York

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE JOSEPH A. LAROSKI, JR.**

| | |
|---|---|
| JA SOLAR VIETNAM COMPANY LIMITED, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,<br><br>Defendant-Intervenor. | Court No. 26-00808 |

**CONSENT MOTION TO AMEND THE ORDER FOR TEMPORARY PRELIMINARY INJUNCTION**

Pursuant to Rules 7(b) and 65(a) of the Rules of the U.S. Court of International Trade, Plaintiffs JA Solar Vietnam Company Limited, JA Solar PV Vietnam Company Limited, JA Solar International Limited and JA Solar USA Inc. (collectively "JA Solar"), respectfully move that this Court amend its Order for Temporary Preliminary Injunction regarding the Final Determination in Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2022-2023, 90 Fed. Reg. 60,060 (Dep't of Commerce Dec. 23, 2025) ("11AR AD Final Results") by the United States Department of Commerce ("Commerce"). See Order (May 1, 2026), ECF No. 26 ("Temporary Preliminary Injunction Order").

On May 1, 2026, this Court entered an order for a temporary preliminary injunction enjoining liquidation of entries subject to the above-captioned case pending the completion of briefing on JA Solar's Motion for Preliminary Injunction, Defendant's Motion to Dismiss and Response in Opposition to JA Solar's Motion for a Preliminary Injunction and Defendant-Intervenor the American Alliance for Solar Manufacturing's Comments in Support of the Defendant's Motion to Dismiss and Comments in Opposition to JA Solar's Motion for a Preliminary Injunction. See Temporary Preliminary Inj. Order; see also Order (Apr. 30, 2026), ECF No. 25.

Plaintiffs, in consultation with counsel for Defendant, move for this Court to amend the Temporary Preliminary Injunction Order to ensure that no entries are inadvertently liquidated while this Court considers JA Solar's Motion for Preliminary Injunction and Defendant's Motion to Dismiss. Specifically, the Temporary Preliminary Injunction Order reflects JA Solar's argument that its entries are subject to the 11AR AD Final Results. See Mot. for Preliminary Inj. at 1-2 (Mar. 20, 2026), ECF No. 12. Defendant, however, maintains that JA Solar's entries are not subject to the 11AR AD Final Results and instead would be subject to the automatic liquidation instructions for entries during the period of review. See Def.'s Mot. to Dismiss and Resp. in Opposition to Pls.' Mot. for a Preliminary Inj. at 4, n.2 (Apr. 16, 2026), ECF No. 22.

JA Solar respectfully requests that this Court amend the Temporary Preliminary Injunction Order to add a reference to Commerce's automatic liquidation instructions consistent with Defendant's assertion that JA Solar's entries are subject to these instructions. This addition is necessary to ensure that U.S. Customs and Border Protection does not inadvertently liquidate JA Solar's entries. Further, pursuant to a request from counsel for Defendant, JA Solar proposes that this Court's Temporary Preliminary Injunction Order be amended to clarify that the Order remains

in effect until dissolved or modified after resolution of the Motion for Preliminary Injunction and the Motion to Dismiss. Finally, JA Solar's proposed amendments include language to ensure that any entries inadvertently liquidated between the effective date of the Temporary Preliminary Injunction Order and any amended Order are returned to unliquidated status and suspended.

All parties consent to this motion. Indeed, counsel for JA Solar coordinated with counsel for Defendant on these proposed amendments to the Temporary Preliminary Injunction Order. On June 4, 2026, counsel for Defendant the United States, Collin T. Mathias and counsel for Defendant-Intervenor the American Alliance for Solar Manufacturing, Laura El-Sabaawi, both consented via email. Counsel for Defendant stated that: "{a}cknowledging that the Court has already entered the order, the Government consents to amending the language of the injunction, however, in doing so, we do not waive our arguments in our motion to dismiss that the Court lacks jurisdiction." Counsel for Defendant-Intervenor stated that Defendant-Intervenor takes the same position.

In sum, JA Solar respectfully requests that this Court grant this Consent Motion to Amend the Order for a Temporary Preliminary Injunction. JA Solar includes both a clean and redline version of its proposed amendment to the Temporary Preliminary Injunction Order in Attachment 1.

Respectfully submitted,

Dated: June 5, 2026

/s/ Jeffrey S. Grimson

Jeffrey S. Grimson
Kristin H. Mowry
Bryan P. Cenko
Yixin (Cleo) Li
Savannah R. Maxwell
Mowry & Grimson, PLLC
5335 Wisconsin Ave, NW, Suite 810
Washington, DC 20015
202-688-3610
jsg@mowrygrimson.com
*Counsel to JA Solar Vietnam Company Limited, JA Solar PV Vietnam Company Limited, JA Solar International Limited and JA Solar USA Inc.*

# Attachment 1

UNITED STATES COURT OF INTERNATIONAL TRADE

JA SOLAR VIETNAM COMPANY LIMITED, JA SOLAR PV VIETNAM COMPANY LIMITED, JA SOLAR INTERNATIONAL LIMITED, and JA SOLAR USA INC.,

Plaintiffs,

v.

UNITED STATES,

Defendant,

and

AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,

Defendant-Intervenor.

Before: Joseph A. Laroski, Jr., Judge

Court No. 26-00808

ORDER

Upon consideration of the Status Conference held on April 29, 2026 in the above-captioned case, and upon Defendant's representation that the issues are adequately briefed for purposes of a temporary hold and that the court does not require Defendant's consent, and upon Plaintiffs' consent, it is hereby:

**ORDERED** that the Defendant, the United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection ("Customs"), shall be, and are hereby temporarily **ENJOINED**, pending the resolution of the Motion for Preliminary Injunction and Motion to Dismiss (ECF Nos. 12 and 22 respectively) in the above-captioned case, from liquidating any entries on which duties were paid by Plaintiffs and that were either the subject of the U.S. Department of Commerce's final determination in Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2022-2023, 90 Fed. Reg. 60,060 (Commerce Dec. 23, 2025), or automatic liquidation instructions, CBP Message No. 4080413 (Mar. 20, 2024), and which were entered, or withdrawn from warehouse, for consumption, during the period from December 1, 2022 through November 30, 2023 that were produced and/or exported by JA Solar Vietnam Company Limited; JA Solar PV Vietnam Company Limited; JA Solar International Limited and challenged in Plaintiffs' complaint; and it is further,

**ORDERED** that this temporary preliminary injunction shall remain in effect until dissolved or modified after resolution of the Motion for Preliminary Injunction and Motion to Dismiss (ECF Nos. 12 and 22 respectively); and it is further

**ORDERED** that any entries inadvertently liquidated by Customs either between this Court's order for temporary preliminary injunction on May 1, 2026, ECF No. 26, or after this order is signed shall be returned to unliquidated status and suspended in accordance with this injunction.

SO ORDERED.

________________________
Judge

Dated: ____________________
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE

JA SOLAR VIETNAM COMPANY LIMITED, JA SOLAR PV VIETNAM COMPANY LIMITED, JA SOLAR INTERNATIONAL LIMITED, and JA SOLAR USA INC.,

Plaintiffs,

v.

UNITED STATES,

Defendant,

and

AMERICAN ALLIANCE FOR SOLAR MANUFACTURING,

Defendant-Intervenor.

Before: Joseph A. Laroski, Jr., Judge

Court No. 26-00808

ORDER

Upon consideration of the Status Conference held on April 29, 2026 in the above-captioned case, and upon Defendant's representation that the issues are adequately briefed for purposes of a temporary hold and that the court does not require Defendant's consent, and upon Plaintiffs' consent, it is hereby:

**ORDERED** that the Defendant, the United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection ("Customs"), shall be, and are hereby temporarily **ENJOINED**, pending the resolution of the Motion for Preliminary Injunction and Motion to Dismiss (ECF Nos. 12 and 22 respectively) in the above-captioned case, from liquidating any entries on which duties were paid by Plaintiffs and that were either the subject of the U.S. Department of Commerce's final determination in Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, From the People's Republic of China: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2022-2023, 90 Fed. Reg. 60,060 (Commerce Dec. 23, 2025), or automatic liquidation instructions, CBP Message No. 4080413 (Mar. 20, 2024), and which were entered, or withdrawn from warehouse, for consumption, during the period from December 1, 2022 through November 30, 2023 that were produced and/or exported by JA Solar Vietnam Company Limited; JA Solar PV Vietnam Company Limited; JA Solar International Limited and challenged in Plaintiffs' complaint; and it is further,

**ORDERED** that this temporary preliminary injunction shall remain in effect until dissolved or modified after resolution of the Motion for Preliminary Injunction and Motion to Dismiss (ECF Nos. 12 and 22 respectively)~~dissolved or modified by order of this Court~~; and it is further

**ORDERED** that any entries inadvertently liquidated by Customs either between this Court's order for temporary preliminary injunction on May 1, 2026, ECF No. 26, or after this order is signed shall be returned to unliquidated status and suspended in accordance with this injunction.

**SO ORDERED**.

_________________________
Judge

Dated: ____________________
New York, New York